Petition for Writ of Mandamus
Denied and Memorandum Opinion filed December 9, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01134-CV

____________

 

IN RE GREGORY R. MATTOX AND BARBARA WILKERSON, Relators

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

 

 



M E M O R
A N D U M   O P I N I O N

            On November 19, 2010, relators filed a petition for writ of
mandamus in this court.  See Tex. Gov’t Code Ann. § 22.221 (Vernon
2004); see also Tex. R. App. P. 52.  In their petition relators complain
that respondent, the Honorable Albert M. McCaig, Jr., presiding judge of the 506th
District Court of Grimes County, failed to properly determine what was required
by this Court’s mandate and erred in denying their motion to clarify issues to
be addressed by this court’s mandate.[1]
 The petition complains of a letter from the trial court allowing additional
time to either amend or supplement currently pending motions for summary
judgment.

Relators have not established they are entitled to mandamus
relief.  Accordingly, we deny the petition for writ of mandamus. 

 

                                                                        PER
CURIAM

 

Panel
consists of Chief Justice Hedges and Justices Yates and Frost.









[1]
See Mattox v. Grimes County Commissioners Court, 305 S.W.3d 375 (Tex.
App. – Houston [14th Dist.] 2010, pet.denied) .